IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                          CASE NO. 1:06-cr-00038-MP-AK

PAUL DAVID MYHRE,
JOHN MICHAEL LOWRY,
ALAN JESSE CROSSLEY, and
AARON MASSIE

    Defendants.
_____/

**O R D E R**

A teleconference was held in this case on February 1, 2007, in which counsel for the government and counsel for each defendant participated.  During the conference, the government and the defendants agreed to continue the trial of the defendants in this matter.  By so agreeing, the defendants waived their speedy trial rights with regard to this continuance.  Doc. 82, Motion to Continue, is granted, and the trial of all defendants is reset for Tuesday, April 10, 2007.

**DONE AND ORDERED** this  *1st*   day of February, 2007

                    *s/Maurice M. Paul*
                 Maurice M. Paul, Senior District Judge