IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:06-cr-00038-MP-AK

JOHN MICHAEL LOWRY,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 193, Motion to Continue Sentencing by John Michael Lowry. The motion is granted, and sentencing is hereby reset for November 30, 2007, at 10:30 a.m.

**DONE AND ORDERED** this  *17th*   day of October, 2007

*s/Maurice M. Paul*

Maurice M. Paul, Senior District Judge