IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:06-cr-00038-MP-AK

JOHN MICHAEL LOWRY,

    Defendant.
_____/

## **O R D E R**

This matter is before the Court on Doc. 220, Motion to Continue Sentencing by John Michael Lowry. The motion is granted, and sentencing is hereby reset for February 21, 2008, at 4:00 p.m.

**DONE AND ORDERED** this _5th_ day of February, 2008

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge