IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:06-cr-00038-MP-AK

JOHN MICHAEL LOWRY,

    Defendant.
_____/

## **O R D E R**

This matter is before the Court on Mr. Lowry's motion to continue sentencing to gather medical expert witness testimony. The motion is granted, and sentencing is hereby reset for Friday, March 21, 2008, at 9:30 a.m.

**DONE AND ORDERED** this *21st* day of February, 2008

          *s/Maurice M. Paul*
          Maurice M. Paul, Senior District Judge